UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HILL,<br><br>             Plaintiff,<br><br>        v.<br><br>KATAVICH, et al.,<br><br>             Defendants. | No. 1:15-cv-00631-LJO-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR RELIEF FROM FINAL JUDGMENT AND MOTIONS FOR MISCELLANEOUS RELIEF<br><br>(Doc. Nos. 37-40) |

Plaintiff Tony Hill is a state prisoner appearing *pro se* in this closed civil rights action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2015, the court adopted findings and recommendations issued by the assigned magistrate judge (Doc. No. 3), denying plaintiff's application to proceed *in forma pauperis* and ordering him to pay the filing fee in full. (Doc. No. 10.) On September 28, 2015, the court dismissed this action for plaintiff's failure to pay the filing fee. (Doc. No. 18.) Plaintiff appealed the dismissal to the Ninth Circuit Court of Appeals. (Doc. No. 20.) On March 1, 2016, the Ninth Circuit dismissed that appeal. (Doc. No. 27.)

Plaintiff filed a motion for reconsideration of the court's dismissal on October 13, 2015. (Doc. No. 23.) The court denied the motion on November 18, 2015. (Doc. No. 25.) Plaintiff filed a second motion for reconsideration on October 16, 2017. (Doc. No. 29.) The court denied

the second motion on October 17, 2017.  (Doc. No. 30.)  In the latter denial, the court explicitly stated that "[f]urther motions for reconsideration on the dismissal and judgment against [p]laintiff in this action will not be entertained and will be stricken upon filing." (*Id.* at 4.)  Nevertheless, plaintiff filed a third motion for reconsideration on October 26, 2017.  (Doc. No. 32.)  The court ordered the motion stricken from the record on October 30, 2017.  (Doc. No. 33.)  In its order, the court noted that "[p]laintiff is not precluded from attempting to state cognizable claims in a new action if he believes his civil rights are being violated beyond his pleadings in this action." (*Id.* at 2.)

On March 25 and April 10, 2020, plaintiff filed his fourth and fifth motions for reconsideration to reopen this closed case.  (Doc. Nos. 3738.)  Therein, plaintiff urges the court to re-open this case on the ground that he can now point to "directly related facts/evidence of conspiracy. Cruel and unusual punishment, physical provocation, and retaliation" in response to his filing of this case.  (Doc. No. 37.)  In support of this request, plaintiff has filed an affidavit indicating that correctional officers at California Correctional Institution and California State Prison, Corcoran, have assaulted him, had him assaulted, or attempted to provoke him into committing an assault.  (Doc. No. 37 at 34; Doc. No. 38 at 12.)

As an initial matter, plaintiff's motions for relief from the final judgment in this case are untimely under Federal Rule of Civil Procedure 60(c)(1).  Second, the court has explicitly ordered that all further motions for reconsideration in this case will be stricken from the record, and that "no further relief is available for [p]laintiff via this action." (Doc. No. 33 at 2.)  Third, even if the court entertained plaintiff's motions, they would be denied on the merits because the new allegations in plaintiff's motions are not directly related to the claims raised in his original complaint filed back in 2015.  (*See id.*)

/////
/////
/////
/////
/////

2

1  Accordingly, plaintiff's motions for reconsideration to reopen this case (Doc. Nos. 3738)
2  are STRICKEN from the record.  Plaintiff's motions for miscellaneous relief (Doc. Nos. 3940)
3  are DENIED as moot.  The court again informs plaintiff that no further filings will be entertained
4  in this closed case.  Of course, as the court has previously indicated, plaintiff is not precluded
5  from attempting to state cognizable claims in a *new action* if he believes his civil rights are being
6  violated.

IT IS SO ORDERED.

Dated:   **January 8, 2021**

_____
UNITED STATES DISTRICT JUDGE